# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CAROLENG INVESTMENTS LIMITED,<br><br>    *Petitioner*,<br><br>  v.<br><br>BLUESTONE RESOURCES, INC.,<br><br>    *Respondent*. | Civil Action No. 1:20-cv-01793-RGA |

## CAROLENG INVESTMENTS LIMITED'S REQUEST FOR ORAL ARGUMENT

  Pursuant to D. Del. LR 7.1.4, Petitioner Caroleng Investments Limited ("Caroleng") respectfully requests oral argument on Respondent Bluestone Resources, Inc.'s Motion to Stay Petition to Enforce Arbitration Award (D.I. 14, the "Motion").  The Motion was filed on January 25, 2021, and briefing is now complete (D.I. 15, 29, 36).  Counsel for Caroleng are available at the Court's convenience for a hearing on the Motion.  Counsel respectfully further submit that the Court may and should hear the merits of Caroleng's underlying Petition to Recognize and Enforce Arbitration Award (D.I. 2) simultaneously with the Motion (*see* D.I. 25 at 3-5).

| | |
|---|---|
| *Of Counsel:*<br><br>DECHERT LLP<br>Joshua D.N. Hess<br>1900 K Street, NW<br>Washington, DC  20006-1110<br>Telephone:  (202)  261-3300<br>joshua.hess@dechert.com<br><br>Dated:  February 25, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br> */s/ Robert M. Vrana*<br>_____<br>Elena C. Norman (No. 4780)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>enorman@ycst.com<br>rvrana@ycst.com<br>*Attorneys for Petitioner* |

27778506

## CERTIFICATE OF SERVICE

I, Robert M. Vrana, hereby certify that on February 25, 2021, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>John A. Sensing
>POTTERANDERSON & CORROON LLP
>Hercules Plaza – 6th Floor
>1313 N. Market Street
>Wilmington, DE 19801
>*jsensing@potteranderson.com*
>
>*Counsel for Respondent Bluestone Resources, Inc.*

I further certify that on February 25, 2021, a copy of the foregoing document was served by e-mail on the above-listed counsel and on the following:

>Aaron B. Houchens
>AARON B. HOUCHENS, P.C.
>111 E. Main Street
>Salem, VA 24153
>*aaron@houchenslaw.com*
>
>*Counsel for Respondent Bluestone Resources, Inc.*

>YOUNG CONAWAY STARGATT
>  & TAYLOR, LLP
>
> */s/ Robert M. Vrana*
>Elena C. Norman (No. 4780)
>Robert M. Vrana (No. 5666)
>Rodney Square
>1000 N. King Street
>Wilmington, DE 19801
>(302) 571-6600
>*enorman@ycst.com*
>*rvrana@ycst.com*

*Attorneys for Petitioner Caroleng Investments Limited*