**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

CAROLENG INVESTMENTS LIMITED,

        *Petitioner*,

   v.

BLUESTONE RESOURCES, INC.,

        *Respondent*.

Civil Action No. 1:20-cv-01793-RGA

## <u>FINAL JUDGMENT</u>

WHEREAS, on December 31, 2020, Petitioner Caroleng Investments Limited ("Caroleng") filed a Petition to Recognize and Enforce Arbitration Award (the "Petition"), [D.I. 2], a Memorandum of Law in support thereof, [D.I. 4], and a Declaration in support thereof, [D.I. 5];

WHEREAS, on January 25, 2021, Respondent Bluestone Resources, Inc. ("Bluestone") filed an Answer, [D.I. 17];

WHEREAS, on January 25, 2021, Bluestone moved to stay the Petition, [D.I. 14];

WHEREAS, Bluestone's motion to stay was fully briefed;

WHEREAS, on May 6, 2021, the Court granted Bluestone's motion to stay, but only on the condition that Bluestone post a suitable bond by May 20, 2021, [D.I. 40];

WHEREAS, Bluestone did not post any bond by May 20, 2021;

WHEREAS, Bluestone has never responded to Caroleng's Memorandum seeking enforcement;

WHEREAS, on June 4, 2021, the Court denied Bluestone's motion to stay, [D.I. 43]; and

WHEREAS, on June 4, 2021, the Court granted Caroleng's Petition, [D.I. 43];

**IT IS HEREBY ORDERED AND ADJUDGED,** that final judgment is hereby entered in favor of Petitioner Caroleng Investments Limited and against Respondent Bluestone Resources, Inc. as follows:

Caroleng's Petition to Recognize and Enforce Arbitration Award is **GRANTED**, and therefore, Bluestone shall immediately remit to Caroleng the amounts awarded in the final award rendered by an International Chamber of Commerce arbitral tribunal on May 13, 2020 (the "Final Award") as follows:

- $8,408,723.56, which is the total damages, legal fees, and costs quantified in the Final Award;

- 12.5% of any Earn-out Payments that Bluestone might have received by 12 February 2020 and pre-award interest on that amount at a simple rate of 9% per annum from the eleventh Business Day of receipt until the date of the Final Award;

- 10% of any Earn-out Payments that Bluestone might have received between 13 February 2020 and the date of the Final Award and pre-award interest on that amount at a simple rate of 9% per annum from the eleventh Business Day of receipt until the date of the Final Award;

- 10% of any Earn-out Payments that Bluestone receives between the date of the Final Award and 12 February 2025 within 10 Business Days of receipt;

- $1,723,796.64 in pre-award interest on the amounts awarded; and

- Post-award interest at a simple rate of 9% per annum on the sums awarded in the Final Award (including the pre-award interest and the fees, expenses and costs) from the date of the Final Award until full payment.

**SO ORDERED** this __7__ day of __June__ 2021.


                                          /s/ Richard G. Andrews
                                          The Honorable Richard G. Andrews
                                          UNITED STATES DISTRICT JUDGE

28205752.1