IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CAROLENG INVESTMENTS LIMITED

        Petitioner,

v.

BLUESTONE RESOURCES, INC.

        Respondent.

C.A. No. 20-1793-RGA

[PROPOSED] ORDER

Upon review and consideration of Petitioner's Motion for an Order Authorizing the Issuance of Writs of Attachment Fieri Facias and the accompanying materials submitted in support of that Motion, and in accordance with 28 U.S.C. § 1610(c), Rule 69 of the Federal Rules of Civil Procedure, Local Rule 69.1, 10 Del. C. § 5031, 8 Del. C. § 324, and the Rules of the Delaware State Courts, it is hereby:

ORDERED that Petitioner's motion is GRANTED;

ORDERED that the Clerk of this Court is authorized to affix its original signature and seal on Petitioner's writs of attachment fieri facias and issue those writs to 1) Bluestone Mineral, Inc. ("BMI"), 2) National Resources, Inc. ("NRI"), 3) Bluestone Coal Sales Corporation ("BCSC"), 4) Nufac Mining Company, Inc. ("NMCI"), 5) Frontier Coal Company ("FCC"); 6) Kentucky Fuel Corporation ("KFC" and together with BMI, NRI, BCSC, NMCI, FCC, the "Subsidiaries") in aid of Plaintiff's execution of its judgment against Respondent Bluestone Resources Inc.; and

ORDERED that the U.S. Marshals Service is authorized to serve Petitioner's writs of Attachment fieri facias on the respective Subsidiaries.

SO ORDERED this 23rd day of January, 2024.

                                                              _____
                                                              DISTRICT COURT JUDGE